**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

No. 09-41238

_____

In re: AMY UNKNOWN,

Petitioner

Consolidated with

_____

No. 09-41254

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee

DOYLE RANDALL PAROLINE,

Defendant - Appellee

versus

AMY UNKNOWN,

Movant - Appellant

_____

Appeals from the United States District Court for the
Eastern District of Texas, Tyler

_____


ON PETITIONS FOR REHEARING AND REHEARING EN BANC

(Opinion-Order December 21, 2009, 5 Cir., 2009, 591 F.3d 792)(09-41238 only)
(Revised Opinion-Order December 22, 2009, 5 Cir., 2009, 591 F.3d 792)
(Opinion March 22, 2011, 5 Cir., 2011, 636 F.3d 190)

Before JONES, Chief Judge, KING, JOLLY, DAVIS, SMITH, GARZA, BENAVIDES,
STEWART, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES and
GRAVES, Circuit Judges.[1]

PER CURIAM:

A member of the court having requested a poll on the petition for
rehearing en banc, and a majority of the circuit judges in regular
active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en
banc with oral argument on a date hereafter to be fixed. The Clerk
will specify a briefing schedule for the filing of supplemental briefs.

_____

[1]Judge Stephen A. Higginson is recused and did not
participate in this decision.

United States Court of Appeals
Fifth Circuit

**F I L E D**
January 25, 2012

Lyle W. Cayce
Clerk